Jesse Lanshe (No. 6300294)
jesse@flavaworks.com
933 W. Irving Park Rd., Ste. C
Chicago, IL 60613
Telephone: (305) 438-9450 ext. 307
Facsimile: (305) 438-9470

Attorney for Plaintiff Flava Works, Inc.



FILED

FEB - 4 2010
Feb 4 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------x

Flava Works, Inc.,

          Plaintiff,

    v.

Xavier Smith,
d/b/a IStackPorn.net
d/b/a StacksWorld.info
d/b/a twitter.com/IStackPorn
d/b/a facebook.com/IStackPorn,
(alias IStackPorn)
(alias Keith Heghes),
(alias "Soulbound")

          Defendants.

---------------------------------------------x

1:10-cv-00747
Judge Ruben Castillo
Magistrate Judge Jeffrey Cole

**COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff, Flava Works, Inc. (hereinafter "Plaintiff" or "Flava Works"), by and through its

attorney and for its complaint against Defendant alleges as follows:

## NATURE OF THE ACTION

1.     Plaintiff brings this action to stop Defendant from infringing, and promoting,

encouraging, enabling and facilitating the infringement of, Plaintiff's copyrights, trademarks and

trade dress (collectively "Flava Works' Intellectual Property") on the Internet. Defendant created

and operates the weblog, or "blog", www.istackporn.net ("I Stack Porn"), a website that is largely dedicated to the repeated and exploitative unauthorized viewing, downloading, streaming, etc. of Flava Works' Intellectual Property. Defendant, through his blog, directly posts Flava Works' Intellectual Property, provides links to third party sites where Flava Works' Intellectual Property can be accessed and encourages his blog visitors/members to post links to third party sites themselves and/or to notify Defendant of third party sites containing Flava Works' Intellectual Property so that Defendant may post these links himself. Defendant provides his visitors/members with a multi-faceted network where infringing digital files consisting of Flava Works' Intellectual Property are either directly made available on the blog or through which third party websites containing digital files of Flava Works' Intellectual Property are made easily accessible. Defendant uses social networking sites to increase traffic to his blog. Defendant is blatantly and aggressively facilitating the massive repeat infringement of Flava Works' Intellectual Property and this conduct has caused and continues to cause Plaintiff grave and irreparable harm.

## THE PARTIES

2.     Plaintiff is a corporation incorporated under the laws of the State of Florida with its principal place of business at 2610 N. Miami Ave., Miami, Florida 33127, and an office in Chicago, Illinois at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

3.     On information and belief, Xavier Smith (hereinafter "Smith" or "Defendant"), d/b/a IStackPorn.net (hereinafter "I Stack Porn"), is an individual residing in the state of Florida, at 7035 Shindler Dr., or at 6455 Argyle Forrest Boulevard, or at 6710 Collins Rd. Apt. 2512, all of which are in Jacksonville, FL 32244. Alternatively, Smith's residence is unknown; on information and belief, Smith has hidden his true and correct address, in violation of ICANN

(Internet Corporation for Assigned Names and Numbers) regulations, by knowingly providing materially false registration information to GoDaddy.com, the public domain name registry that hosts his website.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, § 1338 and § 1367 as the present case arises under the Lanham Act, 15 U.S.C. § 1051 et seq., as amended, the Copyright Act, 17 U.S.C. § 101 et seq., copyright infringement, false designation of origin, trade dress infringement, and unfair competition, as well as trademark infringement and unfair competition arising under the common law of the State of Illinois as is hereinafter more fully described.

5.  This Court has jurisdiction over Defendant because Defendant is subject to personal jurisdiction in the State of Illinois under the Illinois Long Arm Statute.

6.  Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred within this district.

## FACTUAL BACKGROUND

7.  Plaintiff is a corporation that produces adult entertainment in the form of DVDs, magazines, websites, pictures, streaming video and various other media.

8.  Plaintiff distributes its adult entertainment through various distributors and licensees, as well as through its websites: www.CocoStore.com, www.PapiCock.com, and www.ThugBoy.com, among others.

9.  Plaintiff has applied for and registered various copyrights for Flava Works' Intellectual Property. See attached Exhibit A for a list of registered copyrights; See attached

Exhibit B for a full list of titles for which some copyrights may be pending or issued during the current lawsuit.

10. Plaintiff has several registered trademarks, and has applications pending for several others, for its various word and design marks as they are used in connection with DVDs, magazines, websites, streaming video and other forms of media featuring adult entertainment. See attached Exhibit C for a complete list of trademarks owned by Plaintiff or for which applications are pending.

11. Plaintiff has common law trademarks in the various word and design marks mentioned above that are contained in attached Exhibit C as used in connection with DVDs, magazines, websites, streaming video and other forms of media featuring adult entertainment.

12. Plaintiff is recognized nationally and internationally as a leader in the field of production and distribution of adult entertainment due, in large part, to the goodwill and name recognition associated with its trademarks, as well as the high quality content that is associated with its copyrighted material.

13. On August 28, 2009, a Flava Works customer alerted Plaintiff of Defendant's infringing website: www.istackporn.net. See attached Exhibit D for a selection of screenshots of the website in which the infringing material is or has been displayed.

14. On or about December 14, 2009, Defendant began utilizing the social networking sites Facebook (www.facebook.com/istackporn) and Twitter (www.twitter.com/istackporn) to promote his infringement and to direct his users/members, Facebook friends/fans, and Twitter followers to his I Stack Porn website. As of January 22, 2010, Defendant's Twitter followers numbered approximately 466 and his Facebook friends/fans numbered approximately 330 (with

approximately 15 purposefully "friended" Chicago residents); Smith also promotes his website on various other forums. See attached Exhibit E for a copy of screenshots of this.

15. On December 20, 2009, Plaintiff sent both Defendant and Defendant's webhosting company, GoDaddy.com (hereinafter "Go Daddy"), takedown notices pursuant to 17 U.S.C. § 512 *et seq.*, the Digital Millennium Copyright Act ("DMCA takedown notices"), in which notice of the infringing material was given to the respective entities along with a demand that said material be removed expediently. See attached Exhibit F for a copy of the DMCA takedown notice.

16. On December 21, 2009, Go Daddy suspended hosting services for I Stack Porn until the infringing material was taken down. See attached Exhibit G for a copy of Go Daddy's correspondence to Plaintiff concerning the same.

17. On December 23, 2009, in response to the DMCA takedown notice, Smith sent Flava Works' President, Phillip Bleicher, a taunting email, consisting of a subject line that read "U just wont [sic] learn How" and a body message consisting of an emoticon sticking out its tongue in defiance. See attached Exhibit H for email from istackporn@yahoo.com.

18. On or about December 26, 2009, the infringing material was taken down and I Stack Porn was again up and running. Also on this date, Smith "tweeted" a message about Flava Works reading, "Flavaworks come on get smarter than that #please [sic]." See attached Exhibit I.

19. On December 27, 2009, Smith posted a message on his blog in which he promised "to upload every Thugboy episode," which are copyrighted works in the ThugBoy DVD series. See attached Exhibit J.

20. On information and belief, on December 27, 2009, Smith posted a comprehensive list of the infringing material available on his website at the time called "The Official IStackPorn

List" (see attached Exhibit K), which he posted on the forum of www.DGSource.com (another major contributor to infringement) under one of his online alter egos "soufbound." On information and belief, Smith has used this alter ego to post an enormous amount of infringing material on the website www.dgsource.com/forum, among others, as well.

21.     On December 29, 2009, Flava Works notified Go Daddy that Smith's domain registrant information was not current, due to the non deliverable mail that had been sent to: Keith Heghes, 6455 Argyle Forest, Jackville [sic], FL 32209, the name and address posted as of that date. See Exhibit L for email to Go Daddy.

22.     On January 15, 2010, the domain registrant information was updated to read: Xavier Smith, 6455 Argyle Forest, Blvd., Jacksonville, FL 32244. See attached Exhibit M.

23.     On information and belief, on or about January 28, 2010, Smith, under his username "soufbound," posted on www.DGSoucre.com a message that indicated that he would not stop infringing Flava Works' Intellectual Property, which read, in pertinent part, "I WONT [sic] STOP BOOTLEGGING [,] TAKE THAT." See attached Exhibit N for screenshot.

23.     As of the date this law suit was filed, Defendant continues to upload infringing material directly to his site and other sites, direct users to his site through social networking sites and/or provide links to third party sites where the infringing material is easily accessible.

24.     On information and belief, Defendant makes the postings to his website willfully and with full knowledge and awareness of Plaintiff's ownership of Flava Works' Intellectual Property, and with the purpose of freely distributing Flava Works' Intellectual Property to the public at large via Defendant's website.

25. Through Defendant's conduct, Plaintiff has suffered and continues to suffer damage to its reputation and good will through the unauthorized use, reproduction and distribution of Flava Works' Intellectual Property.

26. Plaintiff will continue to suffer loss of profits and damage to its good will and reputation unless Defendant is restrained by this Court.

27. Through Defendant's conduct, Plaintiff has suffered and continues to suffer the loss of the profits it has the right to realize through use, reproduction and distribution of Flava Works' Intellectual Property.

28. Plaintiff cannot be made whole unless this Court awards Plaintiff damages for Defendant's unauthorized use, reproduction and distribution of Flava Works' Intellectual Property.

## FIRST CLAIM FOR RELIEF

(Copyright Infringement)

29. Plaintiff re-alleges, adopts and incorporates by reference all preceding rhetorical paragraphs.

30. Defendant's conduct interferes with Plaintiff's exclusive right to reproduce, distribute and display the copyrighted works.

31. Defendant's conduct constitutes copyright infringement that this Court may remedy under Sections 106 and 501 of the Copyright Act.

32. As a result of the injury suffered by Plaintiff's business from Defendant's actions of copyright infringement, Plaintiff is entitled to recover actual and/or statutory damages, which shall be determined at trial, and costs of this action, including reasonable attorney's fees, as well as injunctive relief to prevent future infringement.

## SECOND CLAIM FOR RELIEF

(False Designation of Origin)

33.     Plaintiff re-alleges, adopts and incorporates by reference all preceding rhetorical paragraphs.

34.     By engaging in the activities above, Defendant has caused, is causing or is likely to cause, confusion, mistake or deception among the relevant trade and public as to the existence of an affiliation, connection or association between Plaintiff and Defendant as to the origin, sponsorship or approval of Plaintiff over Defendant's website(s).

35.     Defendant has made and is making false, deceptive and misleading representations and false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

36.     Defendant's acts described above have caused irreparable injury to Plaintiff's good will and reputation and, unless enjoined by this court, will cause further irreparable injury, for which Plaintiff has no adequate remedy at law or, in the alternative, as a result of the injury suffered by Plaintiff's business from Defendant's actions, Plaintiff is entitled to recover statutory damages in an amount equal to threefold the actual damages, which shall be determined at trial, and costs of this action, including reasonable attorney's fees.

## THIRD CLAIM FOR RELIEF

(Trademark and Trade Dress Infringement)

37.     Plaintiff re-alleges, adopts and incorporates by reference all preceding rhetorical paragraphs.

38.     Defendant's conduct is likely to cause confusion, to cause mistake, or to deceive the relevant trade and public as to the source of Flava Works' Intellectual Property.

39.     Defendant's conduct constitutes trademark and trade dress infringement and is in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1114.

40.     Defendant's acts described above have caused irreparable injury to Plaintiff's good will and reputation and, unless enjoined by this court, will cause further irreparable injury, for which Plaintiff has no adequate remedy at law or, in the alternative, as a result of the injury suffered by Plaintiff's business from Defendant's actions, Plaintiff is entitled to recover statutory damages in an amount equal to threefold the actual damages, which shall be determined at trial, and costs of this action, including reasonable attorney's fees.

## FOURTH CLAIM FOR RELIEF

(Common Law Trademark Infringement and Unfair Competition)

41.     Plaintiff re-alleges, adopts and incorporates by reference all preceding rhetorical paragraphs.

42.     Defendant's conduct is likely to cause confusion, to cause mistake, and/or to deceive the relevant trade and public as to the existence of an affiliation, connection or association between Plaintiff and Defendant as to the origin, sponsorship or approval of Plaintiff over Defendant's website(s).

43.     Defendant's acts constitute common law trademark infringement and unfair competition under the laws of the State of Illinois.

44.     Defendant's acts described above have caused irreparable injury to Plaintiff's good will and reputation and, unless enjoined by this court, will cause further irreparable injury, for which Plaintiff has no adequate remedy at law or, in the alternative, as a result of the injury suffered by Plaintiff's business from Defendant's actions, Plaintiff is entitled to recover

damages, which shall be determined at trial, and costs of this action, including reasonable

attorney's fees.

**WHEREFORE** Plaintiff, Flava Works, Inc. respectfully requests that this Honorable

Court enter a judgment in its favor and against Defendant Xavier Smith d/b/a

www.istackporn.net:

1. For a temporary restraining order, preliminary injunction, and permanent injunction

   against Xavier Smith d/b/a www.istackporn.net, his agents, aliases, servants,

   representatives, employees, attorneys, parents, subsidiaries, related companies,

   partners, successors, predecessors, assigns, and all persons acting for, with, by,

   through, or under him and each of them:

   a. Restraining and enjoining him from posting on his website(s) material that

      infringes Flava Works' Intellectual Property, as well as from facilitating the

      posting on his website(s) by third parties infringing material and/or links

      which enable the easy access to Flava Works' Intellectual Property that is

      located on third party websites;

   b. Restraining and enjoining him from otherwise distributing, reproducing,

      using, copying, streaming, making available for download, or otherwise

      exploiting Flava Works' Intellectual Property, including Plaintiff's

      copyrighted works, trademarks, trade dress, or any other product or symbol

      with the indicia of Plaintiff's ownership, through use of his website(s) or

      otherwise;

   c. Restraining and enjoining him from doing any other act, through his

      website(s) or otherwise, which shall confuse, deceive, cause mistake, etc.

among the relevant trade and general public as to the association, sponsorship and/or approval between Plaintiff and Defendant's website(s);

2. Requiring Defendant to submit to the Court and to serve upon Plaintiff a report, written under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of this injunction;

3. Requiring Defendant to cease operation of the website domains www.istackporn.net, www.stacksworld.info, www.twitter.com/istackporn. www.facebook.com/istackporn and any similarly named/operated websites, and to transfer ownership of them immediately to Plaintiff;

4. Requiring Defendant to forever cease operation of his social networking websites: www.facebook.com/istackporn and www.twitter.com/istackporn, and any other websites that Defendant currently operates or may operate in the future dedicated to the furtherance of infringing Flava Works' Intellectual Property;

5. Disgorging Defendant of any profits he may have made as a result of his infringement of Flava Works' Intellectual Property;

6. Awarding Plaintiff the actual damages sustained by Plaintiff as a result of Defendant's infringement of Flava Works' Intellectual Property, the amount of which to be determined at trial;

7. Awarding Plaintiff compensatory and punitive damages, as deemed just and proper by this Court, as a result of the willful misconduct on the part of Defendant;

8. Awarding Plaintiff the costs of this action, together with reasonable attorney's fees;

9. Awarding Plaintiff statutory damages pursuant to the Copyright Act and the Lanham Act;

10. Awarding Plaintiff enhanced statutory damages, pursuant to 15 U.S.C. § 504(c)(2) of the Copyright Act, for Defendant's willful infringement of Plaintiff's copyrighted works;

11. Awarding Plaintiff enhanced statutory damages, pursuant to 15 U.S.C. § 1117(c)(2) of the Lanham Act, for Defendant's willful use of counterfeit marks;

12. Containing any such other and further relief as this Court deems just, reasonable and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues properly triable by jury in this action, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: February 1, 2010                                Respectfully Submitted,

By: _____

Jesse Lansho (Att. No. 6300294)
In-House Counsel
Flava Works, Inc.
933 W. Irving Pk. Rd., Ste. C
Chicago, IL 60613
305-438-9450
Attorney for the Plaintiff
jesse@flavaworks.com

## List of **Exhibits for *Flava Works, Inc. v. Xavier Smith***

Exhibit A – A list of Flava Works, Inc.'s Registered Copyrights

Exhibit B – A list of Flava Works, Inc.'s Pending Copyright Applications

Exhibit C – A list of Trademarks Currently Registered to Flava Works, Inc. or For Which
        Applications Are Pending

Exhibit D – Screenshots of Defendant's Website

Exhibit E – Screenshots of Social Networking Sites and Forums Defendant Uses to Promote
        Infringement

Exhibit F – Copy of DMCA Notice Sent to Defendant and Defendant's Webhosting Company

Exhibit G – Response to DMCA Notice From GoDaddy.com

Exhibit H – Defendant's E-Mail Response to Plaintiff

Exhibit I – Defendant's Taunting "Tweet"

Exhibit J – Defendant's "Tweet" Promising Future Infringement

Exhibit K – List of Infringing Material Posted by Defendant

Exhibit L – E-Mail Correspondence to GoDaddy.com Regarding ICANN Registrant
        Requirements

Exhibit M – WhoIs Registrant Information for www.IStackPorn.net

Exhibit N – Defendant's Post That He "Won't Stop Bootlegging"

**EXHIBIT A**



## Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: = Flava Works Inc.
Search Results: Displaying 1 through 14 of 14 entries.

previous | next ▲

( Set Search Limits )

Resort results by: [ ]  ▼

| # | Name Heading | Author | Full Title | Date |
|---|---|---|---|---|
| [1] | Flava Works Inc | | Dorm Life 12 : Dick Addiction. | 2008 |
| [2] | Flava Works Inc | | Dorm Life X : The House Next Door. | 2008 |
| [3] | Flava Works Inc | | Dorm Life XI : Revenge of da Nutt. | 2008 |
| [4] | Flava Works Inc | | FlavaLife : Black & Latino gay travel & entertainment guide. | 2006 |
| [5] | Flava Works Inc | | FlavaLife : Black & Latino gay travel & entertainment guide. | 2005 |
| [6] | Flava Works Inc | | FlavaMen freshman year : no. 1-2. | 2006 |
| [7] | Flava Works Inc | | Raw thugs : no. 2. | 2005 |
| [8] | Flava Works Inc | | Raw thugs : no. 3. | 2005 |
| [9] | Flava Works Inc | | Snow Ballerz. | 2008 |
| [10] | Flava Works Inc | | Thug Mansion, Breion Diamond's Crib. | 2008 |
| | Flava Works Inc | | Thug Mansion, Smooth's Crib. | 2008 |
| | Flava Works Inc | | ThugBoy Vol 2 : Errbody Wanna Thug. | 2008 |
| | Flava Works Inc | | ThugBoy Vol 3 : Layin da Pipe. | 2008 |
| | Flava Works Inc | | ThugBoy Vol 4 : Thugged Out. | 2008 |

( Set Search Limits )

EXHIBIT

A

# Copyright

Help Search History Titles Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: = FlavaWorks, Inc.
Search Results: Displaying 1 through 18 of 18 entries.

◀ previous | next ▶

Reset results by: [_____] ⊡

Set Search Limits

| # | Name Heading | Author | Full Title | Date |
|---|---|---|---|---|
| 1.1 | FlavaWorks, Inc. | | Cocoro 2 : the fuck video. | 2005 |
| 1.2 | FlavaWorks, Inc. | | Cocoro behind the photoshoot. | 2005 |
| 1.3 | FlavaWorks, Inc. | | Cocoro reloaded. | 2005 |
| 1.4 | FlavaWorks, Inc. | | Dorm life 1 & 2. | 2005 |
| 1.5 | FlavaWorks, Inc. | | Dorm life : no. 3 | 2005 |
| 1.6 | FlavaWorks, Inc. | | Dorm life : no. 4. | 2005 |
| 1.7 | FlavaWorks, Inc. | | Dorm life : no. 6. | 2005 |
| 1.8 | FlavaWorks, Inc. | | Dorm life : no. 7, Hot & creamy. | 2005 |
| 1.9 | FlavaWorks, Inc. | | FlavaMen : the hottest Black & Latino men. | 2005 |
| 1.10 | FlavaWorks, Inc. | | MixIt[pBoy 1. | 2005 |
| 1.11 | FlavaWorks, Inc. | | MixIt[pBoy 2. | 2005 |
| 1.12 | FlavaWorks, Inc. | | Olsin 1. | 2005 |
| 1.13 | FlavaWorks, Inc. | | Patrick behind the photoshoot. | 2005 |
| 1.14 | FlavaWorks, Inc. | | Platinum behind the photoshoot. | 2005 |
| 1.15 | FlavaWorks, Inc. | | Raw thugs 1. | 2005 |
| 1.16 | FlavaWorks, Inc. | | Rio uncut 1. | 2005 |
| 1.17 | FlavaWorks, Inc. | | Rio uncut 2. | 2005 |
| 1.18 | FlavaWorks, Inc. | | Thugboy 1. | 2005 |

**<u>EXHIBIT B</u>**

Should LastPass remember this password?

Home | ☁ | My Profile | Contact Us | Help | Log Out

Save Site  Never For This ...  Not Now

**Copyright**
United States Copyright Office

**Check Case Status**

Open Cases
Working Cases
All Cases
My Company's Cases
Status Definitions
Search My Cases
My Applications
My Company's Applications

**Copyright Services**

Register a New Claim
Preregister a Claim
Use a Template
Organization - IPA

**Additional Copyright Services**

Access Copyright Office Information
Print & Upload
Hosot Closures
Search Online Requests

**Search My Cases**

To search your cases, complete one or more of the fields below and click "Execute".

To view additional details about a case, click on the corresponding Case # hyperlink on the search results page. To search for other cases, click the "Query" button.

**Search My Cases**

Query

1 - 19 of 19

| Case # | Status | Opened | Title | Volume | Number | Issue Date | Type of Case | Fee Paid | Closed | Action Needed |
|---|---|---|---|---|---|---|---|---|---|---|
| | Open | 12/7/2009 | Chino in the Raw | | | | Motion Picture/AV Work | 35.00 | | |
| 1-285115411 | Open | 12/3/2009 | Cody Kyler Pinga Paradise | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057209 | Open | 12/7/2009 | Dorm Life 14 - The Dick Down | | | | Motion Picture/AV Work | 35.00 | | |
| 1-207354104 | Open | 12/7/2009 | Dorm Life 15 - After School Fuck Sessions | | | | Motion Picture/AV Work | 35.00 | | |
| 1-300215075 | Open | 10/8/2010 | Dorm Life 16 Fucking For Extra Credit | | | | Motion Picture/AV Work | 35.00 | | |
| 1-300316023 | Open | 10/8/2010 | Dorm Life 17 Dick in Detention | | | | Motion Picture/AV Work | 35.00 | | |
| 1-336765 | Open | 10/9/2010 | Dorm Life 18 Cum Hard or Fuck Off | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057937 | Open | 12/7/2009 | FavaMen Junor Year | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057333 | Open | 12/7/2009 | FavaMen Senior Year | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057242 | Open | 12/7/2009 | Mixxxed Nuts | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057288 | Open | 12/7/2009 | Nightmare on Emo Street | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057444 | Open | 12/7/2009 | Raw Rocs #1 | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057466 | Open | 12/7/2009 | Raw Rocs #2 Gangsta Juice | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057537 | Open | 12/7/2009 | Raw Rocs #3 Gettin that Nut | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057372 | Open | 12/7/2009 | Snow Ballerz V2 | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057393 | Open | 12/7/2009 | Snow Ballerz V3 Avalanche! | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280052600 | Open | 12/7/2009 | Swaggers | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280057579 | Open | 12/7/2009 | Thugboy V8 - Fuck What You Heard | | | | Motion Picture/AV Work | 35.00 | | |
| 1-280051568 | Open | 12/7/2009 | Word of Fave. Paris | | | | Motion Picture/AV Work | 35.00 | | |

Privacy Act Notice: Sections 406 of title 17 of the United States Codes Act authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication of your copyright in a manner required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies and benefits under the copyright law.

EXHIBIT
B

Home | 🛒 | My Profile | Contact Us | Help | Log Out

🏠 COPYRIGHT HOME

**Copyright**
United States Copyright Office

**Check Case Status**
- Don't Cases
- Working Cases
- All Cases
- My Computer is Down
- Service Definitions
- Search My Cases
- My Application
- My Computer's App options

**Copyright Services**
- Register a New Claim
- Preregister a Claim
- Use a Template
- Organization

**Additional Copyright Services**
Access Copyright Office Information
- Ask a Question?
- Field Definitions
- Search Online Records

## Working Cases

Below is a list of cases you have started but have not yet submitted to the Copyright Office.

* To return to a case, click on the corresponding Case # hyperlink. Clicking on this link will direct you to the Case Summary view.

* To modify your application, click the back button, using the right most navigation bar as a guide from the Case Summary view.

* To add the case to your In-Cart, click on Add to Cart button on the Case Summary view.

To leave this page, click Home on the top. To discard a case, click the corresponding link in the list below.

### Working Cases

Query

1 - 20 of 20

| Case # | Status | Opened | Title of Work | Volume | Number | Issue Date | Type of Case | Action Needed | Discard |
|---|---|---|---|---|---|---|---|---|---|
| 1-302x3411 | Working | 12/29/2009 | FLAVAVEN X-RATED 2010 CALENDAR | | | | Single Serial Issue | | Discard |
| 1-302415442 | Working | 12/29/2009 | FlavaVen Magazine | 2 | 4 | Fall 2005 | Single Serial Issue | | Discard |
| 1-302415980 | Working | 12/26/2009 | FlavaVen Magazine | 2 | 3 | Summer 2006 | Single Serial Issue | | Discard |
| 1-302415609 | Working | 12/26/2009 | FlavaVen Magazine | 2 | 2 | Spring 2006 | Single Serial Issue | | Discard |
| 1-3244...008 | Working | 12/26/2009 | FlavaVen Magazine | 2 | 1 | Winter 2006 | Single Serial Issue | | Discard |
| 1-302415954 | Working | 12/29/2009 | FlavaVen Magazine | 3 | 4 | Fall 2007 | Single Serial Issue | | Discard |
| 1-3041-5892 | Working | 12/29/2009 | FlavaVen Magazine | 3 | 3 | Summer 2007 | Single Serial Issue | | Discard |
| 1-302415077 | Working | 12/29/2009 | FlavaVen Magazine | 3 | 2 | Spring 2007 | Single Serial Issue | | Discard |
| 1-304415848 | Working | 12/29/2009 | FlavaVen Magazine | 3 | 1 | Winter 2007 | Single Serial Issue | | Discard |
| 1-304415876 | Working | 12/29/2009 | FlavaVen Magazine | 5 | 4 | Fall 2009 | Single Serial Issue | | Discard |
| 1-3044-5724 | Working | 12/29/2009 | FlavaVen Magazine | 5 | 3 | Summer 2009 | Single Serial Issue | | Discard |
| 1-3044-5772 | Working | 12/29/2009 | FlavaVen Magazine | 5 | 2 | Spring 2009 | Single Serial Issue | | Discard |
| 1-304415760 | Working | 12/29/2009 | FlavaVen Magazine | 5 | 1 | Winter 2009 | Single Serial Issue | | Discard |
| 1-3044587 8 | Working | 12/29/2009 | FlavaVen Magazine | 4 | 3 | Summer 2008 | Single Serial Issue | | Discard |
| 1-304415596 | Working | 12/29/2009 | FlavaVen Magazine | 4 | 2 | Fall 2008 | Single Serial Issue | | Discard |
| 1-304415672 | Working | 12/29/2009 | FlavaVen Magazine | 4 | 4 | Spring 2008 | Single Serial Issue | | Discard |
| 1-304415568 | Working | 12/29/2009 | FlavaVen Magazine | 4 | 1 | Winter 2008 | Single Serial Issue | | Discard |
| 1-3 2x5x 73 | Working | 12/24/2009 | Raw Roos #5, Deep Impact | | | | Motion Picture/AV Work | | Discard |
| 1-32436237 | Working | 12/24/2009 | Raw Roos #4, Raw Beat Down | | | | Motion Picture/AV Work | | Discard |
| 1-30436211 | Working | 12/24/2009 | Freakula Bareback Attack | | | | Motion Picture/AV Work | | Discard |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. If all appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**EXHIBIT C**

Flava Works, Inc.'s Registered Trademarks or Marks for Which Applications Are Pending

1. CocoStore – Reg. No. 3206002
2. CocoDorm – Reg. No. 3274798
3. Flava Men – Reg. No. 3025813
4. PapiCock – Ser. No. 77910877
5. Cody Kyler – Ser. No. 77916673
6. Swaggers – Ser. No. 77915733
7. ThugBoy – Ser. No. 77915525
8. Flava Men Blatino Awards – Ser. No. 77915054
9. Flava Men Blatino Awards – Ser. No. 77915000
10. PapiCock.com – Ser. No. 77914926
11. Flava Works – Ser. No. 77919148
12. ThugBoy – Ser. No. 77919166

EXHIBIT

C

**EXHIBIT D**

Universal PORN...NGDC...

STAC PORN.

HOME  FREQUENTLY ASKED QUESTIONS  PHOTOS
PRIVACY POLICY  TOS

Search...

13th  69 Brandon Diamond and Nick Da Kannon

69 division
NICK DA KANNON

formspring.me - istackporn

**Ask me anything**

**FIND ME ON**

**TWITPIC**

**FOLLOW ME!**

**DIGG**

**CATEGORIES**
Select Category

EXHIBIT
D



STAC PORN: Universal PORN KINGDOM

FIND ME ON

TWITPIC

HOME    FREQUENTLY ASKED QUESTIONS    PHOTOS
PRIVACY POLICY    TOS

Search...

**Dorm Life 16: Fucking For Extra Credit**



DORM LIFE 16
FUCKING FOR EXTRA CREDIT

DORM LIFE 16
FUCKING FOR EXTRA CREDIT

FOLLOW ME!

DIGG

CATEGORIES
Select Category

PORN POLLS
What's Your Favorite Niche?

STAG PORN

Universal PORN VGDC

FIND ME ON

TWITPIC

HOME    FREQUENTLY ASKED QUESTIONS    PHOTOS

PRIVACY POLICY    TOS

Search.

15th    **Down South and Tyson Pornoshoot**
Posted By

FOLLOW ME!

DIGG

CATEGORIES

Select Category

PORN POLLS
What's Your Favorite File Hosting





STAC PORN.

Universal PORN KINGDOM

HOME   FREQUENTLY ASKED QUESTIONS   PHOTOS

PRIVACY POLICY   TOS

Search...

**21** st   **Dutch Boy Red and Marecko**

Download

Tweet this

Share / Save

Leave a Reply

Submit Comment

FIND ME ON

TWITPIC

FOLLOW ME!

DIGG

CATEGORIES

Select Category

PORN POLLS







STAC PORN

Universal PORN KINGDOM™

HOME   FREQUENTLY ASKED QUESTIONS   PHOTOS
PRIVACY POLICY   TOS

Search...

29 th   Swaggers Porno

Tweet this

Share / Save

FIND ME ON

TWITPIC

FOLLOW ME!

DIGG

CATEGORIES
Select Category

PORN POLLS

# STACKPORN

## Universal PORN ... NGDC

HOME   FREQUENTLY ASKED QUESTIONS   PHOTOS

PRIVACY POLICY   TOS

Search...

26h   **Thug Boy Vol6**

Tweet This

Share / Save

**FIND ME ON**

**TWITPIC**

**FOLLOW ME!**

DIGG

**CATEGORIES**

Select Category

**PORN POLLS**



STAC PORN Universal PORN KINGDOM

FIND ME ON

TWITPIC



HOME   FREQUENTLY ASKED QUESTIONS   PHOTOS

PRIVACY POLICY   TOS

Search...

24th   **Hello world!**

Welcome to WordPress. This is your first post. Edit or delete it, then start blogging!

tweet this

☐ Share / Save

**FOLLOW ME!**

DIGG

**CATEGORIES**

Select Category

**PORN POLLS**

**<u>EXHIBIT E</u>**

**Home   Profile   Friends   Inbox**

Jesse Lanshe



## Istack Jesus   Add as Friend

**Wall   Info**

Istack only shares some of his profile information with everyone. If you
Istack, send him a message or add him as a friend.

**Basic Information**

Sex:                    Male

Send Istack a Message

www.twitte

### Friends of Istack Jesus

Everyone   Mutual Friends   **Browse**

**Friends**
330 friends

**Show:**   By City              Chicago, IL



Derek
Michael
Lee Royal

   **Bryan A. Ratcliff**

   **Andrew BabyDrew Hardy**



Kendrick
Pittman

   **Raymond DachosenOne Keys**

   **Brian Lockhart**

   **-Ari La'Vito**
Dusable High School

Report Pro

Share

   **Brandon King Chauncie Gladney**

Close



About   Advertising   Developers

Chat (**12**)



EXHIBIT

1 of 1                                                                    AM

**Home   Profile   Friends   Inbox**

Jesse Lanshe



Send Istack a Message

www.twitter.com/istackporn

**Friends**

331 friends                    See All


James Hall


Angela
Herring


Kendrick
Pittman


Alan Cobbs


DaBomb
Minaj Lowe


Andrew
Burkeen

Report/Block this Person

Share

**Istack Jesus**      **Add as Friend**

**Wall**    Info


**Istack Jesus** Q: can u upload more tyson vids

A: who is tyson

http://www.formspring.me/istackporn/q/64784544
Yesterday at 10:59pm via formspring.me · formspring.me


**Istack Jesus** Ask me anything http://formspring.me/istackporn
Yesterday at 10:55pm via formspring.me · formspring.me


**Istack Jesus** Q: what do uu need in order to do that for me (acco

A: Oh

http://www.formspring.me/istackporn/q/64773405
Yesterday at 10:54pm via formspring.me · formspring.me


**Istack Jesus** Q: y r u not followin me on twitter i didnt kno u stay
comin 4 spring break....which part u stay @?

A: who are you?

http://www.formspring.me/istackporn/q/64772782
Yesterday at 10:54pm via formspring.me · formspring.me


**Istack Jesus** Ask me anything http://formspring.me/istackporn
Yesterday at 12:35pm via formspring.me · formspring.me


**Istack Jesus** Q: if i guve uu my username and everything can uu
for me because an account was created under my credentials but i
me

A: o

http://www.formspring.me/istackporn/q/61754937
Yesterday at 1:37am via formspring.me · formspring.me


**Istack Jesus** Ask me anything http://formspring.me/istackporn
Wed at 5:01am via formspring.me · formspring.me


**Istack Jesus** Ask me anything http://formspring.me/istackporn
Wed at 4:32am via formspring.me · formspring.me

Applications                            Chat (**11**)

 **Istack Jesus** Q: You're cute then. And you have a big dick.

A: Thnx

http://www.formspring.me/istackporn/q/58424840
Wed at 12:09am via formspring.me · formspring.me

 **Istack Jesus** Q: hoe to i delete my account

A: DOnt log in for 6 months

http://www.formspring.me/istackporn/q/58424614
Wed at 12:09am via formspring.me · formspring.me

 **Istack Jesus** Ask me anything http://formspring.me/istackporn
Tue at 2:59am via formspring.me · formspring.me

 **Istack Jesus** Q: Was that really you in that jerk off vid?

A: yup

http://www.formspring.me/istackporn/q/52872773
January 18 at 12:38am via formspring.me · formspring.me

 **Malachi 'Mally' Campbell-Hare** Link please!
January 18 at 1:34am

 **Istack Jesus** STFU
Wed at 2:12am

 **Istack Jesus** Q: can you upload Cody Kyler's Pinga Paradise on you site ??

A: Its uploaded just didnt release tha link yet

http://www.formspring.me/istackporn/q/50426155
January 17 at 1:20am via formspring.me · formspring.me

 **Istack Jesus** Ask me anything http://formspring.me/istackporn
January 16 at 3:51am via formspring.me · formspring.me

 **Istack Jesus** Q: what are you talking about??

A: HUM

http://www.formspring.me/istackporn/q/48085268
January 16 at 3:43am via formspring.me · formspring.me

 **Istack Jesus** Ask me anything http://formspring.me/istackporn
January 16 at 3:41am via formspring.me · formspring.me

Applications        Chat (11)



**Istack Jesus** Q: If you could be invited to one person's birthday party, whose would it be?

A: MI HOMIE MALACHI DEM UK NIGGAZ GET IT N

http://www.formspring.me/istackporn/q/48084650
January 16 at 3:40am via formspring.me · formspring.me



**Istack Jesus** Q: lmfao...idk i dont think so.lol. nvm

A: aw did any niggaz hit u up on yo escort page?

http://www.formspring.me/istackporn/q/48084131
January 16 at 3:39am via formspring.me · formspring.me



**Istack Jesus** Q: u asked me if u cud interview me yesterday..or do u still want an audio interview???

A: was i drunk lol

http://www.formspring.me/istackporn/q/48083320
January 16 at 3:36am via formspring.me · formspring.me

**RECENT ACTIVITY**

Istack and Jujuan Mourad are now friends.

Older Posts

About   Advertising   Developers

Applications

Chat (11)

free and we generate...t 800,000...tionships a year. **The majority of users are single professionals and use...who are sc...is about meeting someone. If you are looking for someone you may as well join us, we have millions of people and best of all we are free! You aren't going to meet anyone trolling bars or supermarkets so signup here!**

# myspace.

Home | Browse People | Find Friends | Local | Music | Video | Games | More ▼

People ▼ | Search | Log In | Sign Up | powered by Google





## istackporn.net Join Us(BIG DICK)

hum

Posted at 2:04 AM Jan 12

View more

View My: Photos  Blog  Playlists  Gifts

Ml dick Ml dick
89 / Male
atlanta, Georgia, US
Last Login: 1/28/2010

www.myspace.com/mrlosangeles1234
Send Message
Add to Friends
Add Comment

### Status and Mood

Ml dick Ml dick hum
Posted at 2:04 AM Jan 12

Ml dick Ml dick misson ml boo
Mood: (none)
Posted at 3:09 PM Dec 17, 2009 from Mobile

Ml dick Ml dick thinkin bout ml hubby
Mood: (none)
Posted at 11:22 PM Dec 16, 2009 from Mobile

Ml dick Ml dick Texting Ml BABY
Posted at 1:22 PM Dec 9, 2009

Ml dick Ml dick I NEED A NIGGA 2 SUK Ml DICK LOL
J/P I GO A BOYFRIEND
Mood: happy
Posted at 10:23 PM Dec 8, 2009

View More



**music**

Pop Out Player

Kiss Me Thru The Phone
Soulja Boy Tell 'Em SA.
00:00                    03:13

### Friend Space (Randomized)

istackporn.net ...(BIG DICK) has **973** friends.

View: All  Online  New





damn i want u soo badly

Bubba-+(DA SON OF A MAF...

~M Beezy~

Soulja Boi

Angelique

Angelique Karima

Davian Hill

!!!!!Sexy/Thick Ass www.twitter.com/blu Bot...

Granii Muray

Anstan St. Hilaire

Paris

- 2 More Monthss -

JESUS DATS MY FINAL ANS...

GREGORY G.

GOD IS GOOD

Adored

*/Adored Bi Marriie...

FLASH DUH!!! (LOVE BEYON...



GLOBAL WEBMASTER NETWORK

epoch

SPONSORS

REDUNDANT
LOAD BALANCED
SERVER CLUSTERS

DICKY
DOLLARS.COM

CALL US TODAY!
800-685-8913

NEW CASH
PROGRAM!

FSC

55%
RECURRING REVENUE

User Name [ User Name ]  ☑ Remember Me?

Password [          ]  ( Log in )

The Gay Board > Webmaster Biz > New Member Introductions

IstackPorn Has Arrived

Register    FAQ    Members List    Calendar

( Post Reply )

Thread Tools ▾    Display Modes ▾

#1

□ 10-21-2009, 01:19 AM

**Istack** ○
Junior Member

○ IstackPorn Has Arrived

Join Date: Oct 2009
Posts: 1

# Just wanted to say whats

# guud

http://istackporn.net/

( Quote )

( Post Reply )

« Previous Thread | Next Thread »

Posting Rules                                    ⊗

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Forum Jump**
[ New Member Introductions    ▾ ]  ( Go )

All times are GMT -7. The time now is 09:53 AM.





**Name** istackporn
**Location** Japan
**Web** http://istackporn...
**Bio** THE MOST HATED
PORNSTAR IN THA UNIVERSE

**79** **459** **13**
following followers listed

Tweets                    20,161

Favorites

Lists
@istackporn/mybestfriend
@istackporn/whoycu
@istackporn/x
View all

Actions
block istackporn
report for spam

Following

View all...

Next »

## istackporn's 459 followers



**DALL_ASS** Brian T

**abdurprice** Abdur Price

**hiphopbol** :: Isaiah Grant

**BrandonDrake** Mister Phresh

**trackswagga** George Lndsey

**CuteBttm** :: Alex Mejia

**mylil3isda1** :: Trey Rodriguez

**Its_Kannon_Babi** Kannon Doscen

**incrediBoy_** :: Rob Harris

**Imjusteeo** teeo knox.es

**prettyboytayler** :: Tyler T.S

**dorlandpierce** H Dorian

**POSCHEDesigner** Charles Pinckney

**flyymar** Maurice J. Drake

**CT_Whitaker** Carlos Whitaker

**Nico_Bol** Nicolas Cobb

**terrell_supabad** Terrell

**misterJXVanDeux** bobby j, brsbon.jr

**brianhollywood** Brian Cockrell jr

**BI_is_so_fly** Michae Alejandro



**+88 01724724117**

Contact Us:

cWebbhosting At hostmela.com

Register ● Login ● Forum ● Search ● FAQ

## Solar Energy Charity

Helping Relieve Poverty Though The Provision of Solar Energy. Join Us!
www.Solar-Aid.org

Public Service Ads by Google

Board Index » General Area » Introduction

View unanswered posts · View active topics

# Istackporn Has arrived Hey errbody

[ New Topic ] [ Post Reply ] Page 1 of 1 [ 4 posts ]

Istackporn Has arrived Hey errbody

Print view

Previous topic | Next topic

Istackporn Has arrived Hey errbody

| Author | Message |
| --- | --- |

**Istackporn**

Member

Joined: Mon Aug 24, 2009
12:14 pm
Posts: 59

**Post subject:** Istackporn has arrived Hey errbody

Posted: Sat Aug 29, 2009 2:34 pm

whats guud?

**smartbuddy**

Reg Active User

**Post subject:** Re: Istackporn Has arrived Hey errbody

Posted: Mon Aug 31, 2009 2:59 pm

From the looks of it, everything is looking good...!

**EXHIBIT F**

**FlavaWorks** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 866-935-7275 ✿ Toll Free: 1-877-352-8254

December 20, 2009

Registrant:
Keith Heghes
6455 argyle forest
Jackville, Florida 32209
istackporn@yahoo.com

Web Host:
GoDaddy.com, Inc.
14455 N Hayden Road Suite 226
Scottsdale, AZ 85260
Fax: (480) 505-8844

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing material that I demand be disabled or removed in consideration of the above:

http://istackporn.net/wp-content/uploads/2009/12/2009-12-14_081522.jpg
http://istackporn.net/wp-content/uploads/2009/12/downsouthtyson003-150x150.jpg
http://istackporn.net/wp-content/uploads/2009/12/downsouthtyson001-150x150.jpg
http://istackporn.net/wp-content/uploads/2009/12/downsouthtyson005-150x150.jpg
http://istackporn.net/wp-content/uploads/2009/12/downsouthtyson004-150x150.jpg
http://istackporn.net/wp-content/uploads/2009/12/downsouthtyson003-150x150.jpg
http://istackporn.net/wp-content/uploads/2009/12/downsouthtyson002-150x150.jpg
http://istackporn.net/wp-content/uploads/2009/12/Zodiac.wmv_000737470-100x100.jpg
http://istackporn.net/wp-content/uploads/2009/12/Zodiac.wmv_000737470-100x100.jpg
http://istackporn.net/wp-content/uploads/2009/12/Zodiac.wmv_000737470-100x100.jpg
http://istackporn.net/wp-content/uploads/2009/12/Zodiac.wmv_000737470-100x100.jpg

**EXHIBIT**

F



**FlavaWorks**  2610 North Miami Ave., Miami FL 33127-4430 ✿ www.FlavaWorks.com ✿ 305 438 9450 ✿ FAX 866 935-7275 ✿ Toll Free: 1 877 352-8254

http://istackporn.net/wp-content/uploads/2009/12/Zodiac.wmv_001740038-100x100.jpg
http://istackporn.net/wp-content/uploads/2009/12/Zodiac.wmv_001740038-100x100.jpg

Location of ORIGINAL WORKS:
http://www.FlavaWorks.com
http://www.cocoboyz.com
http://www.Thugboy.com

Sincerely,

Digitally signed by Phillip Bleicher
DN: cn=Phillip Bleicher, o=Flava
Works, Inc, ou,
email=phil@flavaworks.com, c=US
Date: 2009.12.20 23:08:25 -05'00'

Phillip Bleicher,
Copyright Owner

**<u>EXHIBIT G</u>**

X-Persona: ‹FW Support›
Return-Path: ‹CopyrightClaims@GoDaddy.com›
Delivered-To: support@flavaworks.com
X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
     chi01-003-27.nozonenet.com
Received: (qmail 16953 invoked by uid 108); 23 Dec 2009 19:36:45 -0000
Received: from smtpoutwbe07.prod.mesa1.secureserver.net (208.109.78.209)
  by mail.flavaworks.com with SMTP; 23 Dec 2009 19:36:45 -0000
Received: (qmail 22306 invoked from network); 23 Dec 2009 19:36:43 -0000
Received: from unknown (HELO gem-wbe04.prod.mesa1.secureserver.net) (64.202.189.36)
  by smtpoutwbe07.prod.mesa1.secureserver.net with SMTP; 23 Dec 2009 19:36:43 -0000
Received: (qmail 29810 invoked by uid 99); 23 Dec 2009 19:36:43 -0000
Content-Type: text/plain; charset="utf-8"
X-Originating-IP: 172.21.45.147
User-Agent: Web-Based Email 5.2.00
Message-Id:
‹20091223123643.dd652f93ba3448ded5e836456a8bbf91.a2ac082548.wbe@email.secureserver.net›
From: "GoDaddy.com Copyright Claims Dept." ‹CopyrightClaims@GoDaddy.com›
To: support@flavaworks.com
Subject: RE: [FWD: Incoming Fax from 3054389470 (3054389470)]
Date: Wed, 23 Dec 2009 12:36:43 -0700
Mime-Version: 1.0

Dear Phillip Bleicher,

Thank you for contacting Go Daddy. We have suspended the site in
question pending a resolution. Please allow up to 30 minutes for these
changes to take effect.

Please be aware that we are not a court, nor are we required to
determine who, if anyone, actually owns the content in question. We
have provided the specifics of your infringement claim to the owner of
the site, along with your contact information, since the most efficient
resolution of this situation comes through mutual communication between
the 2 parties involved.

If the site owner indicates they are ready to remove the infringing
content, we will re-activate the hosting account in order to allow that
to happen. If they complete a counter-notification on the work(s) in
question, according to the Copyright Dispute Policy, a copy of the
notification will be sent to you. The site will then be re-activated 10
days following receipt of the counter-notification by us unless we
receive official notice that you have initiated court proceedings. If
we do receive such official notice, the website will remain down
according to the request of the court(s) at that time.



EXHIBIT

weber

G7

If you have specific questions about the actions we have taken, please
let us know.

Thank you,

Copyright Claims Department
GoDaddy.com
CopyrightClaims@GoDaddy.com

ARID1016

>> -------- Original Message --------
> Subject: Incoming Fax from 3054389470 (3054389470)
> From: support@faxthruemail.com
> Date: Tue, December 22, 2009 5:14 pm
> To: disputes@godaddy.com
> You have received the attached document as a fax.
> Thank you,
> The Fax Thru Email Team
> --------------------------------------

> We take great pride in providing our customers with world-class service. If you have any questions
or issues, our knowledgeable representatives are available to speak to you 24/7 to ensure that you
get the support you need.

## EXHIBIT H

Return-Path: <istackporn@yahoo.com>
Delivered-To: phil@flavaworks.com
X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
     chi01-003-27.nozonenet.com
Received: (qmail 21135 invoked by uid 108); 23 Dec 2009 20:33:50 -0000
Received: from ni1-vm0.bullet.mail.ac4.yahoo.com (74.6.228.104)
  by mail.flavaworks.com with SMTP; 23 Dec 2009 20:33:50 -0000
Received: from [74.6.228.95] by ni1.bullet.mail.ac4.yahoo.com with NNFMP; 23 Dec 2009 20:33:49 -0000
Received: from [74.6.228.81] by t2.bullet.mail.ac4.yahoo.com with NNFMP; 23 Dec 2009 20:33:49 -0000
Received: from [127.0.0.1] by omp1002.mail.ac4.yahoo.com with NNFMP; 23 Dec 2009 20:33:49 -0000
X-Yahoo-Newman-Property: ymail-5
X-Yahoo-Newman-Id: 522186.8276.bm@omp1002.mail.ac4.yahoo.com
Received: (qmail 76662 invoked by uid 60001); 23 Dec 2009 20:33:49 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1261600429;
  bh=fzOPdJuQPuRYphKFtGoZWso3Ri85ys+efRRtNtaYPlk=; h=Message-ID:X-YMail-OSG:Received:X-Mailer:Date:From:Subject:To:MIME-
  Version:Content-Type;
  b=tZHD/38WoYs41UgQD8G2rPuE4tTQKmvq4NXhXKzhlG2U9auT7cvl2jdkMlZrEuIIob6wEf+y4nKslZ695nP2ZDahGJ2QDlExVeS7rKFydRki9/wew0Qh
  DomainKey-Signature:a=rsa-sha1; q=dns; c=nofws;
   s=s1024; d=yahoo.com;
   h=Message-ID:X-YMail-OSG:Received:X-Mailer:Date:From:Subject:To:MIME-Version:Content-Type;
   b=A0pUhaOBjOiqRYVJRYZBA52lUzcUw1muzWfISoBr80y58JgXbGaGJAJV30KuY0zTKLd4A1EkUXTrUrAea9kLRp3C0CVhx34sn207TjY63+IHc/6ffd:
  Message-ID: <296402.75609.qm@web59613.mail.ac4.yahoo.com>
  X-YMail-OSG:
  PieQT4MVM1kAcLPNHfni6cfIgrpiMfbo3M7vtYdMuyvZg5hmCHhR_ruBmpnWdAaRxVYbX5EnzIk17oPxoNaokfBdTnItQTPbWNQXo43Y55eu_Vs_8d3l
  -
  Received: from [96.26.145.123] by web59613.mail.ac4.yahoo.com via HTTP; Wed, 23 Dec 2009 12:33:49 PST
  X-Mailer: YahooMailRC/240.3 YahooMailWebService/0.8.100.260964
  Date: Wed, 23 Dec 2009 12:33:49 -0800 (PST)
  From: stack porn <istackporn@yahoo.com>
  Subject: U just wont learn How
  To: phil@flavaworks.com
  MIME-Version: 1.0
  Content-Type: multipart/alternative; boundary="0-855958705-1261600429=:75609"

☺

EXHIBIT

H

**EXHIBIT I**



twitter

Flavaworks come on get smarter than
that #please

istackporn

Reply

© 2009 Twitter About Us Contact Blog Status Goodies API Business Help Jobs Terms Privacy

**EXHIBIT**

_1_

**<u>EXHIBIT J</u>**



STACK PORN

Universal PORN KINGDOM

HOME   FREQUENTLY ASKED QUESTIONS   PHOTOS
PRIVACY POLICY   TOS

26th   **Team IstackPorn Will be returning**
Posted by            at 7:02 P.M. Place

Tweet this

Share / Save

Leave a Reply

Submit Comment

FIND ME ON

TWITPIC

FOLLOW ME!

DIGG

CATEGORIES

EXHIBIT
J

**EXHIBIT K**

EXHIBIT

K

**sourbound**
Pretty Freaky

Join Date: Sep 2008
Location: ATL
Posts: 33.5

**THE OFFICIAL 1STAGPORN LIST: RUSHES IS "MUST SEE**

Deposit Files GimmeWhatYouGot.wmv
Deposit Files Swingers.wmv
Deposit Files Snow_Ballerz_3_Avalanche.rm
Deposit Files Maxxed_Nuts.rm
Deposit Files DormLife2-DickAddiction.rm
Deposit Files mathewrush-cumbread2.wmv
Deposit Files mathewrush-cumbread-1.wmv
Deposit Files Babyboys_Dorm.rm
Deposit Files RocafellaxTheOriginalGangstas_Of_Porn.rm
Deposit Files OneNightWithThePrince.rm
Deposit Files RawRodss.wmv
Deposit Files DormLife8.wmv
Deposit Files CocoStore.wmv
Deposit Files 3_Da_Raw_Way.wmv
Deposit Files PJSDorm.rm
Deposit Files BronxDormz.wmv
Deposit Files _ClCoeur_Black_Leather.wmv
Deposit Files GottaRevenge.wmv
Deposit Files RawSnakes.com_3_Raw_Pleasures.wmv
Deposit Files BestofJovonnie.wmv
Deposit Files TakeItxDown2.wmv
Deposit Files ThugsNeedLoveToo.wmv
Deposit Files DormLife-FuckMexXtraCredit.rm
Deposit Files BestofCanto.rm
Deposit Files Jumping_tha_Broom.wmv
Deposit Files aaronridge-arrieck-aaroridriver-2.wmv
Deposit Files aaronridge-arrieck-aaroridriver-1.wmv
Deposit Files BreedItRaw1.wmv
Deposit Files Black_Rawneq_Released_Director_s_Cut_.wmv
Deposit Files Dreams_Pse.wmv
Deposit Files InTatimeEveryThing.wmv
Deposit Files BodyBanditz.wmv
Deposit Files BootyBandit.wmv
Deposit Files TeCatchAThief.wmv
Deposit Files TheBestOfDream.wmv
Deposit Files slimintrigue2.wmv
Deposit Files slimintrigue1.wmv
Deposit Files hcc3_1.wmv
Deposit Files hcc2_1.wmv
Deposit Files hcc1_1.wmv
Deposit Files slimintrigue3.wmv
Deposit Files The_Jackal_+_XTC_-_Low.mov
Deposit Files Mr_Bowfexx_+_Pyro_-_Low.mov
Deposit Files Mr_Bowfexx_+_P.A.T._-_Truth_+_Velvet_+_Zack_-_Low.mov
Deposit Files Longstreet_+_Prince_Pleasure_-_Low.mov
Deposit Files Keon_+_Mr_Bowfexx_-_Uigh.mov
Deposit Files Keon_+_Mr_Bowfexx_-_Low.mov
Deposit Files Kapone_+_TY_-_Low.mov
Deposit Files Gotti_1_+_XTC_-_Low.mov
Deposit Files Gotti_+_Remixx_-_Low.mov
Deposit Files The_Undercoxx_Of_Porn.wmv
Deposit Files Domino_Star_and_Samamon
Deposit Files _Saveness_Kyle2___Chocolate_Creme__Carlito_fucks_bg_dick_June.avi
Deposit Files TYWGODASUM3.wmv
Deposit Files TYWGODASUM2.wmv
Deposit Files TYWGODASUM1.wmv
Deposit Files King-Romance-Jovonnie_1.wmv
Deposit Files KingRomanceJovonnie.wmv
Deposit Files Killahplace1s.wmv
Deposit Files jovonnexIbsum-2.wmv
Deposit Files jovonnexIbsum-1.wmv
Deposit Files Jerg_Hunter_and_Komanchea_-_Low.wmv
Deposit Files hardcoreguistealrodtx4.wmv
Deposit Files hardcoreguistealroby3.wmv
Deposit Files hardcoreguistealrotbylv1.wmv
Deposit Files Cody_Kyler_and_DeAngelo_Jiexsson.wmv

**EXHIBIT L**



Jesse Lanshe <jesse.flavaworks@gmail.com>

# ICANN Registrant Requirements

3 messages

**Jesse Lanshe <jesse@flavaworks.com>**                                    Tue, Dec 29, 2009 at 2:04 PM
To: abuse@godaddy.com, copyrightclaims@godaddy.com

To Whom It May Concern:

One of your clients, Keith Heghes d/b/a IStackPorn.net, has registrant contact data which is not currently up to date.
Flava Works, Inc. knows this because mail addressed to that address at: Keith Heghes 6455 argyle forest,
Jackville, Florida 32209 was returned to us as undeliverable. Note the lack of an apartment number, the lack of
the word "boulevard" in the street name, and the mischaracterization of Jacksonville as "Jackville." Please also note
that calls to the telephone number listed (904-383-2348) indicate that the number has been disconnected. As
you know, ICANN requires registrars to ask their registrants to provide the most accurate information on an annual
basis. Flava Works, Inc. now requests that GoDaddy.com acquire the correct and current address of Keith Heghes
d/b/a IStackPorn.net by whatever means you see fit. Your help in this matter is appreciated. Thank you.


--
****************************************************************
Jesse Lanshe
In-house Counsel
Flava Works, Inc.
2610 North Miami Avenue
Miami, FL 33127-4438
Phone: 305-438-9450 Ext 305 / Toll-Free 877-352-8276 Ext 305 /
Fax: 305-438-9470/ Toll-free Fax 866-935-7275
Email: jesse@flavaworks.com

****************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.
****************************************************************

**GoDaddy.com Copyright Claims Dept. <CopyrightClaims@godaddy.com>**        Tue, Dec 29, 2009 at 6:35 PM
To: Jesse Lanshe <jesse@flavaworks.com>

Dear Jesse Lanshe,

Thank you for contacting the Copyright Claims Department. Unfortunately,
we cannot assist you with this issue through this department.

It is the domain registrant's responsibility to review and maintain
their WHOIS data. If you feel that the WHOIS information on a domain is
incorrect or outdated please contact the domain's registrar to request a
record update. If Go Daddy is the registrar, please report invalid WHOIS
data to us. Fill out the form located here:

https://www.godaddy.com/gdshop/registrar/whois_report_invalid.asp



**EXHIBIT**

L

Regards,

Copyright Department
GoDaddy.com
CopyrightClaims@GoDaddy.com
ARID1016
[Quoted text hidden]

---

**GoDaddy Abuse Department <abuse@godaddy.com>**　　　　　　　　**Wed, Dec 30, 2009 at 12:09 AM**
To: Jesse Lanshe <jesse@flavaworks.com>

Dear Sir or Madam,

Thank you for contacting Go Daddy's Spam and Abuse Department. Unfortunately, we cannot assist
you with this issue through this department.

It is the domain registrant's responsibility to review and maintain their WHOIS data. If you feel that
the WHOIS information on a domain is incorrect or outdated please contact the domain's registrar to
request a record update.

If Go Daddy is the registrar, please report invalid WHOIS data to us. Fill out the form located here:
https://www.godaddy.com/gdshop/registrar/whois_report_invalid.asp

Sincerely,
Spam and Abuse Department
GoDaddy.com.
ARID1020

-------- Original Message --------
Subject: ICANN Registrant Requirements
From: Jesse Lanshe <jesse@flavaworks.com>
Date: Tue, December 29, 2009 1:04 pm
To: abuse@godaddy.com, copyrightclaims@godaddy.com

To Whom It May Concern:

One of your clients, Keith Heghes d/b/a IStackPorn.net, has registrant contact data which is
not currently up to date. Flava Works, Inc. knows this because mail addressed to that
address at: Keith Heghes 6455 argyle forest, Jackville, Florida 32209 was returned to us as
undeliverable. Note the lack of an apartment number, the lack of the word "boulevard" in
the street name, and the mischaracterization of Jacksonville as "Jackville." Please also note
that calls to the telephone number listed (904-383-2348) indicate that the number has been
disconnected. As you know, ICANN requires registrars to ask their registrants to provide the
most accurate information on an annual basis. Flava Works, Inc. now requests that
GoDaddy.com acquire the correct and current address of Keith Heghes d/b/a IStackPorn.net
by whatever means you see fit. Your help in this matter is appreciated. Thank you.

--
*****************************************************************************

Jesse Lanshe
In-house Counsel
Flava Works, Inc.
2610 North Miami Avenue
Miami, FL 33127-4438
Phone: 305-438-9450 Ext 305 / Toll-Free 877-352-8276 Ext 305 /
Fax: 305-438-9470/ Toll-free Fax 866-935-7275
Email: jesse@flavaworks.com

*********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.
*********************************************************************

**EXHIBIT M**

# DomainTools

Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory

Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Type Generator | more>

Power Tools: Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert

## IstackPorn.net Whois Record ( Istack Porn )

**Domain Name**

Whois Record | Site Profile | Registration | Server Stats | My Whois

**Whois (**

### Whois Record

Thumbnail: **2009-12-14**

**Related Domains For Sale or At Auction**

CalPorn.com (5628)              PornPussy.com (5628)              PornFair.com ($1,630)

Registrant Search: "Xavier Smith" owns about 23 other domains

Registrar History: 1 registrar

NS History: 1 change on 2 unique name servers over 1 year.

IP History: 4 changes on 5 unique name servers over 1 years.

Whois History: 29 records have been archived since 2009-05-09

Reverse IP: 1 other site is hosted on this server

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Find out more >

Queue this Domain for Update

**GRAB YOUR .ES DOMAIN**
**FOR ONLY 5EUR//$7.50***

**Country TLDs**     **General TLDs**

☐ IstackPorn.at ⬜                                Buy

☐ IstackPorn.be ⬜                                Buy

☐ IstackPorn.ch 🇨🇭                              Buy

☐ IstackPorn.cn ⬜                                Buy

☐ IstackPorn.co.uk 🇬🇧                          Buy

☐ IstackPorn.de 🇩🇪                              Buy

Show all (161) >

Registrant:
Xavier Smith
6455 argyle forest blvd
Jacksonville, Florida 32244
United States

Domain Name: ISTACKPORN.NET
    Created on: 06-May-09
    Expires on: 06-May-10
    Last Updated on: 06-May-09

Administrative Contact:
    Smith, Xavier  istackporn@yahoo.com

    6455 argyle forest blvd
    Jacksonville, Florida 32244
    United States
    +1.9045564398     Fax --

Technical Contact:
    Smith, Xavier  istackporn@yahoo.com

    6455 argyle forest blvd
    Jacksonville, Florida 32244
    United States
    +1.9045564398     Fax --

Domain servers in listed order:
    NS11.DOMAINSCONTROL.COM
    NS12.DOMAINSCONTROL.COM

---

**EXHIBIT**

_M_

**<u>EXHIBIT N</u>**

My DG    Music    Health    Forum    Network    Writers Block    Community    Entertainment    Events    Eye Candy

DG Cares

**Donate**    Search

## Microfinance Empowers

Join us in enabling the poorest of the poor to improve their own lives

www.GrameenFoundation.org

User CP    Register    Blogs ▼    FAQ    Community ▼    Calendar    New Posts    Search ▼    Quick Links ▼    Log Out

Welcome, simple9900x.
You last visited: 01-28-2010 at 05:31 AM
Your Notifications: 1 ▼

DG Source.com Forum > Gully After Dark > Pron
**SHITTYWORKS ARE REPORTING LINKS**

LinkBack ▼    Thread Tools ▼    Search this Thread ▼    Rate Thread ▼    Display Modes ▼

**SHITTYWORKS ARE REPORTING LINKS**

🔗 SHARE  ▪️ 🔖 ℹ️

YUP ONLY SHITTY WORKS KEEPS REPORTING ALL THEY SHITTY ASS LINKS
YOUD THINK AFTER SHITTY WORKS SCHEME'D PEOPLE OUTTA 3 MILLION DOLLARS TO START THEY SHITTY ASS COMPANY THEY
WOULDNT GET MAD WEN NIGGAZ BOOTLEG THEY SHIT FUCK PHILIP BELCHER AND THA REST OF THA SHITTY WORK FAM I WONT STOP

Post Reply

**EXHIBIT**
N