

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 747 | **DATE** | 3/10/2010 |
| **CASE TITLE** | Flava Works, Inc. Vs. Xavier Smith, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to permit alternate method of service of process is granted. Plaintiff's motion to order compliance with subpoena is granted. Enter Order. Status report filing date of 3/26/2010 and status hearing set for 3/30/2010 are vacated.

■ [ For further detail see separate order(s).]            Docketing to mail notices.



| | Courtroom Deputy Initials: | RO |
|---|---|---|