

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------x
Flava Works, Inc., )
                                            )
        Movant, )        Case No. 2010-CV-0747
                                            )
v. )
                                            )
GoDaddy.com, Inc. )
                                            )
        Respondent. )
---------------------------------------------x

## ORDER

On February 19, 2010, Movant, Flava Works, Inc. ("Flava Works") served a subpoena upon Respondent, GoDaddy.com, Inc. ("Go Daddy"), pursuant to 17 U.S.C. § 512(h), commanding them to produce, *inter alia*, any information it had regarding the true identity of the alleged copyright infringer "Xavier Smith," the defendant in the pending civil action: *Flava Works, Inc. v. Xavier Smith*, No. 1:10-CV-00747 (N.D. Ill.). As of March 9, 2010, Go Daddy has refused to comply with said subpoena.

On March 9, 2010, Movant submitted to this Court its Motion to Order Compliance With Subpoena, requesting that Go Daddy be compelled to produce the information requested in the subpoena.

Bases on the facts submitted by Movant in its Motion and supporting documents, Movant's Motion is **GRANTED**.

It is so **ORDERED**.

Signed this 10th day of March, 2010

By: /s/ Judge