## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Flava Works, Inc.

                       Plaintiff,

v.                                        Case No.: 1:10–cv–00747
                                               Honorable Ruben Castillo

Rod Hughes, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 16, 2010:

      MINUTE entry before Honorable Ruben Castillo:Parties to file the joint status report on or before 4/26/2010. Status hearing reset to 4/29/2010 at 9:45 AM. Status hearing set for 3/30/2010 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.