# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 747 | **DATE** | 6/8/2010 |
| **CASE TITLE** | Flava Works, Inc. Vs. Rod Hughes, et al. | | |

**DOCKET ENTRY TEXT**

Prove-up hearing held on 6/8/2010. Defendants failed to appear. The Court hereby awards statutory damages in the amount of $25,000, actual damages in the amount of $25,781.75, costs in the amount of $350, and attorney's fees in the amount of $1,320. Therefore, judgment is entered in favor of the Plaintiff and against defendants, Rod Hughes and Honey Wood, jointly and severally, in the amount of $52,451.75.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|